# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Yermis GARCIA AGUIAR, and<br>Manuel PINA MENDEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  24-6479-MPK<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 2023 through February 2024  in the county of  Essex  in the
_____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances |

This criminal complaint is based on these facts:
See attached Affidavit of DEA Special Agent Ryan P. Glynn.

☑ Continued on the attached sheet.

/s/ Ryan P. Glynn

*Complainant's signature*

Ryan P. Glynn, DEA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/02/2024

*Judge's signature*

City and state:  Boston, Massachusetts    Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*